

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2014

No. 04-14-00177-CR

Alejandro Leal **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-090168-CRA
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

On March 27, 2014, appellant's court-appointed attorney filed a motion to withdraw as appellate counsel. The motion is GRANTED. Since appellant is indigent, new appellate counsel must be appointed. It is therefore ORDERED that this appeal is ABATED to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). The trial court is ORDERED to appoint new appellate counsel and to cause the trial court clerk to file a supplemental clerk's record containing documentation of such appointment within fifteen days from the date this order is signed.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court